FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

CLERK. US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

for the

Middle District of Florida

Orlando Division

| | |
|---|---|
| Gregory Kevin Samuels | Case No. 6:20-CW-1441-ORL-37 LRH |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| WMC Mortgage, LLC and GE Captial Inc. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Gregory Kevin Samuels |
   | Street Address | 2136 Monte Carlo Trail |
   | City and County | Orlando and Orange |
   | State and Zip Code | Florida |
   | Telephone Number | 407 578 5570 |
   | E-mail Address | kevyyykev@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WMC Mortgage, LLC and GE Capital Corp. |
| Job or Title *(if known)* | |
| Street Address | 6320 Canoga Ave |
| City and County | Woodland Hills and Los Angeles County |
| State and Zip Code | California, 91367 |
| Telephone Number | 818 316-7801 |
| E-mail Address *(if known)* | mark.asdourian@wmcmortgagellc.com |

Defendant No. 2

| | |
|---|---|
| Name | Tyler T. Stiglich |
| Job or Title *(if known)* | |
| Street Address | 25 South Ortman Drive |
| City and County | Orlando and Orange |
| State and Zip Code | Florida, 32805 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Ninth Judicial Circuit Court of Florida |
| Job or Title *(if known)* | |
| Street Address | 425 N. Orange Ave |
| City and County | Orlando, Orange |
| State and Zip Code | Florida, 32801 |
| Telephone Number | 407 836 2050 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | GQ Holdings 1329, LLC |
| Job or Title *(if known)* | |
| Street Address | 7510 BRIGANTINE LN |
| City and County | Parkland and Broward |
| State and Zip Code | Florida, 33067-5050 |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: GE Capital Corp.
Job or Title (if known):
Street Address: 901 Main Ave.
City and County: Norwalk
State and Zip Code: Connecticut, 06851
Telephone Number: 1 203 842 5200
E-mail Address (if known):

**Defendant No. 2**

Name: Kondaur Capital Corpoation.
Job or Title (if known):
Street Address: 333 S. Anita Dr. Suite 400
City and County: Orange
State and Zip Code: Ca. 92868
Telephone Number: 888 566 3287
E-mail Address (if known):

**Defendant No. 3**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Due Process Clause to the Fifth and Fourteenth Amendment of U. S. Constitution
Truth and Lending Act Rule 1635-1640b
Truth and Lending Act
Civil Rights Act of 1871 42 U.S.C. § 1983
Fair Debt Collections Practices Act (FDCPA)
Basista v. Weir

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Gregory Kevin Samuels , is a citizen of the State of *(name)* Florida .

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____
    and has its principal place of business in the State of *(name)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. **The Defendant(s)**

   a. If the defendant is an individual

   The defendant, *(name)* _____ is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

   b. If the defendant is a corporation

   The defendant, *(name)* WMC Mortgage, LLC , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .
   Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   The loss of out of pocket legal fees and time spent defending these actions (2007-CA- 015591 , 2014-CA-009230 and 09-18816-ABB) is 350,000. In addition, the GQ Holdings purchase price of the note is the current market value of the note. This information was requested in discovery in the first foreclosure action and was circumvented with the cancelling of the foreclosure to refile with Judge Blackwell who denied my right of due process to challenge the Modified Note as stated in ruling dated 8/11/2016 .

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

WMC Mortgage, LLC mailed overnight a Three-Day Notice to Cancel forty-five days after the Refinance Loan had been funded. This document arrived with no explanation. Plaintiff signed the document canceling the loan, then 30 days later Plantiff was contacted by WMC Mortgage where they explained the problem was an outdated index. Plaintiff informed WMC Mortgage that Plaintiff had signed the Three-Day Notice to Cancel because I had no explanation for the Notice of Cancellation. The Defendant offered to return the closing and lower the interest rate if I signed the modified Note. They also stated the reason for the Three-Day Notice to Cancel was because they issued outdated indexes and the change would not change my installments. Three years later I found a Three Day Notice to Cancel document that had forged my signature. This document was seeking confirmation that I had received the Three-Day Notice to Cancel document that I received after loan had funded.

The first foreclosure complaint was Case No. 2007-CA-015591. This case was canceled and refiled under Case No. 2014-CA-009230 under mysterious circumstances. The Civil Cover Sheet that was accompanying the complaint for Case No. 2014-CA-009230 incorrectly responded "no" on question VI, which required the Defendant to list all related cases by name, case number and court.

On 12/22/2015 Judge Alice Blackwell Ordered a hearing regarding a continuance requested by the Plaintiff. We were up against a scheduled summary judgment hearing of 1/4/2016. Due to the Christmas and New Year holiday in addition to the wording of the Order it was impossible to establish dates for the hearing. At the 1/4/2016 Summary Judgment Hearing the Judgment was entered and the Court foreclosed on my home. At this hearing the first words at hearing was a clerk welcoming Judge Blackwell back from vacation.

On 6/28/2016 the Defendant issued a MOTION TO VACATE SALE AND CERTIFICATE OF TITLE AND AMEND FINAL JUDGMENT. The motion's Certificate of Service showed a March 28, 2016 date. These dates note worthy purpose was the uniting of Judge Blackwell and Tyler Stilich (Judge Blackwell possible student and buyer of the foreclosed home) together in this action. The Plaintiff requested a continuance on July 14th,2016 of which the court never ruled on. This is now the second continuance that Judge Blackwell in the first ordered a hearing but order was not executable and and in the second did not respond at all. Both motions was just before a Summary Judgment was issued. The Plaintiff right to due process under the 5th and 14th amendment to the U.S. Constitution and the Civil Rights Act of 1871 42 U.S.C. § 1983 was clearly violated.

On 8/10/2016 The Plaintiff filed a Motion TO IMPOSE RULE 1.54 RELIEF FROM JUDGMENT DECREES OR ORDER. The Plaintiff presented evidence from a Handwriting Expert that confirmed the Plaintiff signature was forged. Judge Blackwell denied this motion not because it was recently obtain evidence but it was not newly discovered evidence. Therefore comfirming evidence of a crime is not newly discovered evidence. Judge Blackwell goes on to state the motion is legally insufficient is that the newly-discovered evidence is directed to a document that is not an operative document in this action. It is neither a note or a mortgage, nor does it have any legal significance in the lawsuit. Yet, the Plaintiff does have the right to Challege the note. At this point Judge Blackwell cease being a Judge but a member of the Defense Team, denying the Plaintiff of the right to challenge the legitimacy of the modified note ,which is guaranteed by the 5th and 14th amendment to the U.S. Constitution and the Civil Rights Act of 1871 42 U.S.C. § 1983 . The only other evidence that speaks directly to the coverup and forged document was the price of the note paid by GQ holdings. The earlier foreclose was cancelled and hand over to Judge Blackwell Court reather than make that disclosure.

1st Claim. The Defendant did not disclose the true reason for issuance of the 3 Day Notice to Cancel, hence not negotiating in good faith therefore invaliding the Modified Note signed on April 4,2006.

2nd Claim. The Defendant's exhaustive efforts to cover-up the forged document as described above.

3rd Claim. The Ninth Circuit Court rulings and decisions complicit in assisting the Defendant in the cover-up.

4th Claim. On two occasions the Court did not rule on motions for Continuance.

5th Claim. The Court Ordered a hearing for Continuance but due to the timeline was not executable.

6th Claim. In case 2014-CA-009230 there was never a timeline introduced in the record to conclude if the Defendant should have known of the forged signature. In addidtion due to the haste in the 5th Claim this evidence was not allowed to be obtain nor presented into evidence.

7th Claim. The Janurary 4th 2016 hearing where the Summary Judgement was entered Judge Blackwell's clerk welcomed her back from vacation which speaks to her intent regarding Judge Blackwell hearing ordered on 12/22/2015 regarding my motion request for continuance.

8th Claim. The Defendant WMC Mortgage has yet provided proof of ownership of property at 25 South Ortman Drive, Orlando, Florida 32805. In the Bankruptcy case 09-18816-ABB they were ordered to show ownership of stated property and none was produced.

9th Claim. Judge Blackwell's refusal to recuse herself from the proceedings after it was discovered that the premises address was incorrected on the property at 25 South Ortman Drive Orlando, Florida 32805. It was much later discovered that this error was triggered by a possible former student of Judge Blackwell, Tyler Stiglich, (a 12/15/2015 graduate of Barry Law School) who attempt to purchase the home.

10th Claim. Judge Blackwell ruling of August 11th 2016 denying my imposing of rule 1.54. The Defendant denied my right of due process to challenge the note, even as the Defendant blocked my continance motions.

11th Claim. Additional evidence of the fraud is the diminishing value of the note, which was never disclosed due to the circumvention of discovery of the first foreclosure establishing a new case number and Judge.

12th Claim. The Defendant filed the foreclosure without presenting the original note.

13th Claim. The Defendant manipulated the court by refiling a new case and did not check yes in question VI in the Civil Cover Sheet that asked ."HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?". This entire strategy was the Defendant's attempt to circumvent discovery in the first foreclosure act that force them to disclose the amount paid for the note. There is even a racial take-off in this case the Chief of Judge was African American, the Judge that issued the Order requiring each side answering the others discovery was Judge Emerson Thompson African American and the Judge presiding over Trial which was canceled was Judge Theotis Bronson African American. In addition we have a deliberate act by the Defendant to circumvent the original order in the first foreclosure action and cut any relative record of Plaintiff's challenge of the Note. The first foreclosure was dismissed by the Plaintiff Notice to Dismiss without an Order by a Judge dismissing case.

14th Claim. The Plaintiff file a Chapter 7 bankruptcy Case No. 6:09-bk-18816-ABB and received a Discharge. During this action the Defendant was given 45 days to present documentation of ownership. The defendant first response was to request additional time and at the end of that time allotement, they did not respond and the Discharge was entered.

15th Claim. The Defendants blatantly exercised Fraud on the Court through the above actions and coordinations to circumvent discovery and cover-up actions by Lenders that in a bad faith negotiation got the Plaintiff to sign a Modified Note.

16th Claim. The Defendant allowed the Plaintiff to be foreclosed on an incorrect premise.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1st Claim : The Defendant WMC, Mortgage, Inc. did not disclose the true reason for issuance of the 3 Day Notice to Cancel, only a manufactured reason, hence not negotiating in good faith. This was due to the Defendant need to create a pool of loans for securitization.

2nd Claim: Due to the Defendant's exhaustive efforts to cover-up the forged document the Plaintiff incurred legal fees and time spent over the years of 350,000. The Defendant's punitive value is commensurate with the level of complicity to the cover-up of the facts. This will be obtain in discovery.

3rd Claim: The Ninth Circuit Court rules and rulings were complicit in assisting the Defendant in the cover-up. The punitive value is place at $5,000,000 and $15,000,000 toward the setup of a foundation that will assist the Public with their foreclosure defense. The Plaintiff is entitled to the punitive damages because of the 10 years of constant threat of lost of home and credit worthiness. In addition, the uphill battle of identifing how easy our judicial system can be manipulated. 2d 1350 [9th Cir. 1981]). The Supreme Court has also held that, similar to tort law, PUNITIVE DAMAGES are available under section 1983 (Smith v. ... Because the purpose of punitive damages is to punish the wrongdoer, such damages may be awarded even if the plaintiff cannot show actual damages (Basista v. The facts in this case clearly shows how easy it is and disconcerning it is too put a personal design on justice.

4th Claim: To reverse all Summary Judgements filed against the property located at 25 South Ortman Drive Orlando, Florida 32805.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/11/2020

Signature of Plaintiff: G. Kevin Samuels

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Printed Name of Plaintiff    GREGORY KEVIN SAMUELS

**B.    For Attorneys**

Date of signing:    8/11/2020

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address